Gurstel Chargo PA
9320 East Raintree Drive
Scottsdale, AZ 85260
BY: Jennifer E. Wiedle (#026143)
Attorneys for Defendant
Telephone: (877) 291-6212
Facsimile: (877) 750-6335
Email: j.wiedle@gurstel.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Garcia, | Case No.  2:12-cv-01930-JWS |
| Plaintiff, | |
| v. | **DEFENDANT GURSTEL CHARGO, P.A.'S WITNESS LIST** |
| Gurstel Chargo, PA | |
| Defendant. | |

Defendant Gurstel Chargo, P.A., by counsel, hereby submits its witness list as required in the Court's March 5, 2013 order.  Defendant may call the following individuals to testify at trial in this matter:

1. Amanda Maklin, Director of Compliance, Gurstel Chargo PA

2. Joshua Garcia, Plaintiff

3. Any witness that may be disclosed by Plaintiff in ongoing discovery

RESPECTFULLY SUBMITTED this 22nd day of April, 2013

By:  s/Jennifer E. Wiedle
Jennifer E. Wiedle
Gurstel Chargo, P.A.
9320 East Raintree Drive
Scottsdale, AZ  85260
877 291 6212
877 750 6335 facsimile
j.wiedle@Gurstel.com
Attorney for Defendant